# UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA

8:17-CV-175-T-17 AEP

## CIVIL RIGHTS COMPLAINT FORM
under 42 U.S.C § 1983

CHARLES ANTWUAN McCANTS  R79718
PLAINTIFF:

VS.

DEFENDANTS:
WILLIAM J. JORDAN, DEPUTY
DAWON TAYLOR, DEPUTY
DARIEL KINSLEY, DEPUTY
SEAN DZIUBINSKI, SERGEANT
EDWIN BELVIS, DETENTION INVESTIGATOR
BOB GUALTIERI, SHERIFF
(All sued in their INDIVIDUAL and OFFICAL CAPACITY)

THIS IS A CIVIL RIGHTS ACTION FILED BY CHARLES ANTWUAN McCANTS FOR DAMAGES AND INJUNCTIVE RELIEF UNDER 42 U.S.C § 1983 FOR EXCESSIVE FORCE, FALSE ARREST, FALSE IMPRISONMENT, AND CONSPIRACY, ALLEGING VIOLATIONS OF the 4th, 8th, 14th AMENDMENT OF THE UNITED STATES CONSTITUTION, ALSO ALLEGING MUNICIPAL LIABLITY AND ASSUALT AND BATTERY

JURY TRIAL DEMANDED

①

**I. PLAINTIFF:**

CHARLES ANTWUAN MCCANTS R79718
GULF CORRECTIONAL INSTITUTION.
500 IKE STEELE ROAD
WEWAHITCHKA, FLORIDA 32465

**II. DEFENDANTS:**                    ADDRESS:

1. WILLIAM J. JORDAN              P.O BOX 2500
   DEPUTY                         LARGO, FLORIDA, 33779
   PINELLAS COUNTY JAIL

2. DAWON TAYLOR                   P.O BOX 2500
   DEPUTY                         LARGO, FLORIDA 33779
   PINELLAS COUNTY JAIL

3. DARIEL KINSLEY                 P.O BOX 2500
   DEPUTY                         LARGO, FLORIDA 33779
   PINELLAS COUNTY JAIL

4. SEAN DZIUBINSKI                P.O BOX 2500
   SERGEANT                       LARGO, FLORIDA 33779
   PINELLAS COUNTY JAIL

5. EDWIN BELVIS                   P.O BOX 2500
   PCSO DEPUTY                    LARGO, FLORIDA 33779
   PINELLAS COUNTY JAIL

6. BOB GUALTIERI                  P.O DRAWER 2500
   SHERIFF                        10750 ULMERTON ROAD
   PINELLAS COUNTY                LARGO, FLORIDA 33779

# EXHAUSTION OF ADMINISTRATIVE REMEDIES:

**III.** The Plaintiff filed a Grievance against each Defendant mentioned in the headen of his complaint. The grievance was denied and the Plaintiff appealed. At that time the Administration forwarded the grievances and the appeals to the Administrative Investigative Divison (A.I.D) of the Sheriff's office under further investigation.

The (A.I.D) of the sheriff office freezed the whole matter upon ther independant investigation, while the appeals were not yet heard. The (A.I.D) concluded there investigation, but the appeals were still never answered. The Plaintiff attempted to recieve the response to the appeals, but the sheriff office failed to answer.

The Plaintiff even went as far as to grieve the fact that his appeals were never responded to. Plaintiff have supporting documents to prove the fact of his attempts to fully exhaust all administrative procedures. (SEE EXHIBITS)

I declare under penalty of perjury that the foregoing answers to the above are true and correct.

Signed this day of Jan 19, 2017

Charles A. McCants
Signature of Plaintiff

CHARLES A. MCCANTS R79718

③

IV. **STATEMENT OF FACTS**:

(1) On 01-21-2016, at approximately, 1305 hours, while detained in Pinellas County Jail. Plaintiff Charles A. McCants was assaulted and battered by the following individuals: William Jordan, Dawon Taylor, and Dariel Kinsley under the color of authority. Mr. McCants suffered a head injury, facial swelling, and severe back pain as a result. Jordan also stuck his finger in McCants eye while he was on the ground.

(2) Plaintiff was further retaliated on following the incident by an arrest. He was charged with battery on a law enforcement officer. The charge was later dropped due to false statements made by defendants on official reports in conjunction with excessive force.

(3) Defendant Sean Dziubinski witnessed the assualt and battery and failed to act when a duty to act existed. His nonfeasance caused plaintife bodily harm and emotional stress.

(4) Plaintiff has filed grievances, appeals, and pleas to recieve responses with no resolve. The plaintiff allege, that Pinellas County employees have used their positions to attempt to conceal the matter by means of falsifying reports and statements. Plaintiff has exhausted all other adimistrative remedies.

(5) Defendant Edwin Belvis was the arresting officer who stated that he knew William Jordan personally and that he would never do that. He stated that William Jordan was pressing charges and made the arrest. Mr. Belvis conspired with the other defendants and made false statements, stating that plaintiff

(4)

STRUCK DEFENDANT IN THE EYE. (PLAINTIFF M$^c$CANTS NEVER ONCE HIT HIM)

⑥ THE PLAINTIFF ALSO FILED A COMPLAINT TO THE ADMINISTRATIVE INVESTIGATION DIVISON (A.I.D). THE INVESTIGATION WAS CONDUCTED BY THE SHERIFFS OFFICE. ULTIMATELY, THEY STATED IT WAS NO MISCONDUCT MADE BY THE DEFENDANTS, AND THEY CLOSED THE INVESTIGATION.

Ⅴ. **STATEMENT OF CLAIMS**:

RELATING TO SECTION IV

EXCESSIVE FORCE, FALSE ARREST, FALSE IMPRISONMENT, MUNICIPAL LIABLITY, ASSAULT AND BATTERY, NONFEASANCE, in violation of **4th Amendment** (unreasonable search or seizure, + rights to be secure) paragraphs ①,②,③,⑤,⑥ of page IV

EXCESSIVE FORCE, in violation of **8th Amendment** (cruel and unusual punishment) paragraph ①,② of page IV

EXCESSIVE FORCE, FALSE ARREST, FALSE IMPRISONMENT, ASSAULT AND BATTERY, CONSPIRCY, NONFEASANCE, MUNICIPAL LIABLITY, in violation of **14th Amendment** (DUE PROCESS) paragraphs ①,②,③,④,⑤,⑥ of page IV

## VI) PRAYER FOR RELIEF

Wherefore: Plaintiff, CHARLES ANTWUAN MCCANTS request the following relief against each Defendant and demands judgement against Defendants.

A). COMPENSATORY DAMAGES OF 4,000,000

B). PUNITIVE DAMAGES OF 4,000,000

C). REASONABLE ATTORNEY FEES AND COURT COSTS.

D). NOMINAL DAMAGES

E). A TRIAL BY JURY ON ALL ISSUES TRIABLE

F). ANY OTHER RELIEF THE COURT DEEMS APPROPRIATE

I DECLARE under penalty of perjury that the foregoing is true and correct.

Signed this day of Jan 19, 2017

*Charles Antwuan McCants*
CHARLES ANTWUAN MCCANTS R79718

GULF CORRECTIONAL INST.
500 IKE STEELE ROAD
WEWAHITCHKA, FLORIDA
32465

# CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been delivered to each Defendant mentioned herein, in accordance with Federal Rule of Civil Procedure 5.

CHARLES ANTWUAN MCCANTS
(Plaintiff)

*Charles Antwuan McCants*
(Plaintiff)

I further certify that the foregoing is true and correct.

*Charles Antwuan McCants*
CHARLES ANTWUAN MCCANTS
Signed this Jan, 19, 2017

CHARLES ANTWUAN MCCANTS R79718
GULF CORRECTIONAL INSTITUTION
500 IKE STEELE ROAD
WEWAHITCHKA, FLORIDA 32465

⑦