UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

CHARLES ANTWUAN McCANTS,

                Plaintiff,

-vs-                                                        Case No. 8:17-cv-175-T-17AEP

WILLIAM J. JORDAN, et al.,

                Defendants.
_____/

## O R D E R

This cause is before the Court on Defendants' motions to dismiss and Plaintiff's responses to the motions. Plaintiff is proceeding on his amended complaint. (Doc. 31). The Court previously converted portions of Defendants' motion to dismiss to a motion for summary judgment, as the motion was supported by affidavits, specifically, exhaustion of administrative remedies, false arrest and malicious prosecution claims.

Having reviewed the file, the Court has determined that Defendants' motions to dismiss must be denied.

Accordingly, the Court orders:

That Defendants' motions to dismiss (Docs. 32 and 63) are denied. The Court will enter a case management order.

ORDERED at Tampa, Florida, on June 27th, 2019.

ELIZABETH A. KOVACHEVICH
UNITED STATES DISTRICT JUDGE

Counsel of Record
Charles Antwuan McCants